UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Charters v. Cranney                                **Case/AP Number** 13-01147 **-FJB**
                                                              **Chapter**

#83 Status Report and Request for Extension filed by Plaintiff Joan Charters

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  Plaintiff Joan Charters, now pro se, has requested a six-month extension to permit her to obtain an attorney.  She was obligated to file a status report by October 31, 2018 but, aside from making this request for extension, has given no indication of the status of the adversary proceeding.  The adversary proceeding is now five years old and has been stayed for most of its duration.  The request for extension is granted.  The time for the plaintiff to file a status report is hereby extended to May 10, 2019.  The Court will hold a status conference in the adversary proceeding on May 21, 2019, 2019 at 10:00 a.m.

                                        IT IS SO ORDERED:

                                        /s/ Frank J. Bailey
                                        _____ Dated: 11/08/2018
                                        Frank J. Bailey
                                        United States Bankruptcy Judge