UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Charters v. Cranney

**Case/AP Number** 13-01147 **-FJB**
**Chapter**

#86 Motion filed by Defendant John William Cranney to Appear Telephonically at Status Conference Scheduled for 05/21/2019 [Re: [83] Notice] with certificate of service. (Attachments: # [1] Proposed Order # [2] Certificate of Service) (Hellman, Jeffrey)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted. Attorney Hellman may appear telephonically. The Court will issue contact information as the date of the hearing approaches.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 11/13/2018

Frank J. Bailey
United States Bankruptcy Judge