UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  John William Cranney and | Chapter 11 |
| Nevena N Cranney | Case No. 13-11220 |
| Debtors | |

| | |
|---|---|
| Joan M Charters | |
| Plaintiff | |
| v. | Adv. Pro. No 13-01147 |
| John William Cranney | |
| Defendant | |

## STATUS REPORT

To: Judge Frank J Bailey   United States Bankruptcy Judge

As ordered on November 8, 2018 a Status Report to be filed by May 10, 2019

Request:

I, Joan M Charters, have been advised by an attorney that John W. Cranney has filed an appeal with the 1st District Court. I was advised not to file a Summary Judgement until the outcome of the appeal is finalized; which could take up to a year or more.

"This case is 5 years old and has been stayed for most of its duration."   Proceeding Memorandum/Order 11/8/18
My life, because of my decisions with Mr. Cranney, has been stress filled for 8 years. I am 76.
The fullness of what my life could be is overshadowed by stress: health and financial conditions prevail.

I respectfully request a 6 month to 1 year extension in order to await the results of the appeal.

Please include me, by way of telephone - 703.569.2505, in the Status Conference on May 21st at 10 a.m.

Sincerely,

*[signature: Joan M Charters]*

Joan M Charters
6503 Harwood Court
Springfield, VA 22152
May 4th, 2019